**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-62837-CIV-DAMIAN**

**ASLAN GAGIEV**,

Plaintiff,

v.

**CARLOS R. NUNEZ**,
*et al.*,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** came before the Court upon the Petitioner' Notice of Voluntary Dismissal [ECF No. 6], pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), filed on October 19, 2026. The Notice advises that Petitioner was granted asylum and released from custody on October 16, 2026. This Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter is **DISMISSED WITHOUT PREJUDICE**;
2. Each party shall bear its own fees and costs; and
3. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 21st day of October 2026.

**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**